

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The June 29 pretrial conference is adjourned to August 14, 2020, at 9:00 AM. Speedy trial time is excluded from June 29, 2020, until August 14, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/19/2020
> New York, New York

Re: *United States v. Johnny Nunez*, 20 Cr. 239 (ER)

Dear Judge Ramos,

    A conference is scheduled in this matter for June 29, 2020. The undersigned communicated earlier today with defense counsel, Calvin Scholar, Esq., and the parties agree that there are not currently any issues they would raise with the Court at a conference. The Government has produced discovery and understands that Mr. Scholar has reviewed and discussed it with the defendant. The parties have also engaged in—and expect to continue engaging in—discussions about a pretrial resolution. Especially in light of the logistical challenges associated with scheduling conferences during the COVID-19 pandemic, and in the absence of any pressing matters to bring before the Court, the parties respectfully request the conference be adjourned approximately 45 to 60 days.

    The Government also respectfully requests that time under the Speedy Trial Act be excluded between June 29, 2020 and a new conference date, pursuant to 18 U.S.C. § 3161(h)(7), to allow the defense to continue weighing its options and for the parties to further their discussions about a resolution of the case. Mr. Scholar conveyed his consent to this exclusion.

                          Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

                by: _____
                            Frank J. Balsamello / Adam Hobson
                            Assistant United States Attorneys
                            (212) 637-2325 / -2484

cc:     Calvin Scholar, Esq., *counsel for Johnny Nunez* (via e-mail)