

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

## MEMO ENDORSED

August 12, 2020

**VIA ECF**

The Honorable Edgardo Ramos
United District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:  *United States v. Johnny Nunez*
     20 Cr. 239 (ER)

Dear Judge Ramos:

> The August 14 pretrial conference is adjourned to September 30, 2020, at 11:00 a.m.  Speedy trial time is excluded from August 14, 2020, until September 30, 2020, in the interest of justice.  The Clerk of the Court is respectfully directed to terminate the motions, docs. 31 and 32.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __8/17/2020__
> New York, New York

    I am the attorney for the defendant in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A.  A status conference in the instant case has been scheduled for August 14, 2020.  I am writing to respectfully request an adjournment of the conference for at least 45 days.  The defense spoke with Mr. Nunez on August 11, 2020.  Based upon that discussion, the defense respectfully submits that an adjournment is necessary for Mr. Nunez to consider resolving the instant case as well as to review the additional documents that Mr. Nunez has requested.  This is the second request for an adjournment of the status conference.  The initial adjournment was granted to allow Mr. Nunez to obtain discovery material.[1]  I have conferred with the Government and the Government does not object to this request for an adjournment.

                              Respectfully submitted,

                              /s/

                              Calvin H. Scholar

cc:    United States Attorney for the
       Southern District of New York

---

[1] Discovery material was mailed to Mr. Nunez due to the current health crisis, however, the receipt of the material was delayed due to the COVID-19 regulations put in place by MCC-New York.