UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOHNNY NUNEZ,<br><br>                    Defendant. | ORDER<br><br>20 Cr. 239 (ER) |

Ramos, D.J.:

The C.J.A. attorney assigned to this case, Calvin Harold Scholar, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Susan Gail Kellman**.

SO ORDERED.

Dated: New York, New York
       September 30, 2020

_____
Edgardo Ramos, U.S.D.J.