```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :        ORDER
        -v-                              :
                                         :        20-CR-239 (ER)
JOHNNY NUNEZ,                            :
                                         :
                        Defendant.       :
------------------------------------------------------------ X
```

Ramos, D.J.:

The telephone conference scheduled for **December 4, 2020 at 10:30 a.m.,** will occur remotely and by telephone. Counsel is directed to call the Court at (877) 411-9748 and use access code 302 9857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

SO ORDERED.

Dated: November 25, 2020
       New York, New York
                                                  _____
                                                       Edgardo Ramos
                                                       United States District Judge