```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

            - against -

JOHNNY NUNEZ,

                     Defendant.
-------------------------------------------------------x

**RESCHEDULING NOTICE**

20 Cr. 239 (ER)

The sentencing hearing previously scheduled for October 27, 2021, is rescheduled to occur as a videoconference on **November 4, 2021 at 11:00 AM.** An order with information on how to connect to the videoconfernece will follow.

Dated: New York, New York
       October 20, 2021

                                                 s/ Jazmin Rivera
                                          Jazmin Rivera, Courtroom Deputy