UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

                - against -

JOHNNY NUNEZ,

                        Defendant.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __10/20/2021__

**AMENDED**
**RESCHEDULING**
**NOTICE**

20 Cr. 239 (ER)

The sentencing hearing previously scheduled for October 27, 2021, is rescheduled for

**November 4, 2021 at 11:00 a.m** at the Thurgood Marshall United States Courthouse, 40 Centre

Street, New York, NY 10007, Courtroom 619.

Dated: New York, New York
       October 20, 2021

                          s/ Jazmin Rivera
                        Jazmin Rivera, Courtroom Deputy