USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __10/20/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

              - against -

JOHNNY NUNEZ,

                        Defendant.
-------------------------------------------------------x

**RESCHEDULING NOTICE**

20 Cr. 239 (ER)

Upon request of the defendant and with consent of the government, the sentencing hearing previously scheduled for November 4, 2021, is rescheduled for **November 5, 2021 at 11:00 a.m** at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 619.

Dated: New York, New York
        October 20, 2021

                                                  s/ Jazmin Rivera
                                                  Jazmin Rivera, Courtroom Deputy